

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2023

No. 04-23-00026-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

**ORDER**

On January 12, 2023, relator filed a petition for writ of habeas corpus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motions are **DENIED** as moot.

It is so **ORDERED** on January 18, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR6311, styled *Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.